UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAUREEN TESKE,

    Plaintiff,

v.                                      Case No. 05-C-1252

GIRL SCOUTS OF THE FOX RIVER AREA, INC.,

    Defendant.

**ORDER GRANTING MOTION TO DISMISS**

The defendant in the above matter has filed a motion to dismiss pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure. The motion is based upon the plaintiff's failure to comply with this court's order of July 13, 2006, which granted the defendant's motion to compel and ordered the plaintiff to serve counsel for the defendant with full and complete answers to the outstanding discovery requests on or before August 1, 2006. The court specifically warned plaintiff that she faced dismissal of her action with prejudice if she failed to comply with the court's order.

In it's motion filed August 15, 2006, the defendants states that the plaintiff has failed to produce any medical information to support her claim she is a disabled person within the meaning of the Americans with Disabilities Act. Plaintiff has not responded to the defendant's motion and, accordingly, the allegations and assertions set forth therein are taken as true.

Based upon the plaintiff's failure to respond, the court finds that she has failed to comply with this court's previous order granting the defendant's motion to compel. On that basis, the

defendant's motion to dismiss is hereby granted and this case is dismissed with prejudice and with costs to the defendant.

**SO ORDERED** this     11th     day of September, 2006.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge