# United States District Court

EASTERN DISTRICT OF WISCONSIN

MAUREEN TESKE,

        Plaintiff,

                                    **JUDGMENT IN A CIVIL CASE**

v.

                                    Case No. 05-C-1252

GIRL SCOUTS OF THE FOX RIVER AREA, INC.,

        Defendant.

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

        **IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's motion to dismiss is GRANTED and this case is DISMISSED with prejudice and with costs to the defendant.

                Approved:    s/ William C. Griesbach
                                            WILLIAM C. GRIESBACH
                                            United States District Judge

Dated: September 12, 2006.

                                            SOFRON B. NEDILSKY
                                            Clerk

                                            s/ Mary E. Conard
                                            (By) Deputy Clerk