UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAUREEN TESKE,

       Plaintiff,

  v.                                             Case No. 05-C-1252

GIRL SCOUTS OF THE FOX RIVER AREA, INC.,

       Defendant.

**ORDER DENYING MOTION FOR RECONSIDERATION**

       Maureen Teske filed a motion for reconsideration of the order granting the defendant's motion to dismiss with prejudice and with costs entered on September 12, 2006. The motion to dismiss was granted on the basis of the defendant's assertion that the plaintiff had failed to respond to defendant's discovery requests by August 1, 2006, as she had previously been ordered to do in the motion to compel. Plaintiff failed to respond to the motion, but now seeks reconsideration claiming that she has tried her best to comply with the defendant's discovery requests and that she is presently suffering from financial difficulty.

       None of the information plaintiff includes in her brief addresses her failure to respond to the defendant's motion to dismiss for her failure to comply with my previous order. The case was commenced on December 2, 2005, and the record reveals continued efforts by the defendant to obtain discovery regarding the nature and circumstances of plaintiff's claim. Plaintiff has either been unwilling or unable to comply with the requests for information and she was specifically warned in this court's July 13, 2006 order granting the motion to compel that she was required to

complete the answers to the outstanding discovery requests on or before August 1, 2006, or face dismissal of her action. When she failed to do so, defendant moved for dismissal and plaintiff failed to respond. Under these circumstances, plaintiff's motion for reconsideration will be denied.

**SO ORDERED** this ___12th___ day of October, 2006.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge